U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**TO BE FILED UNDER SEAL**

July 28, 2022

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

22 CRIM 413

Re:   *United States v. Jorge Escarraga Medina*, 22 Cr. ---

Dear Judge Willis:

On July 28, 2022, a grand jury returned an indictment charging Jorge Escarraga Medina with conspiring to import cocaine to the United States, in violation of 21 U.S.C. § 963. The same day, the Court signed a warrant for Escarraga Medina's arrest on the charge. Both the indictment and arrest warrant are filed under seal.

Escarraga Medina is currently located in Colombia and is in custody pending extradition to the United States. The Government therefore requests a limited unsealing order that permits the Government to disclose the complaint and arrest warrant to others within the United States government, as well as to foreign officials, for the limited purposes of enabling the Government to coordinate with foreign law enforcement authorities, apprehend the defendant, bring him to the United States, and to further the existing investigation.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Andrew Jones
Andrew Jones
Assistant United States Attorney
(212) 637-2249

SO ORDERED:

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK