UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JORGE ESACARRAGA MEDINA,

                Defendant.

22-CR-413 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The sentencing in this matter as to Mr. Medina, previously scheduled for September 3, 2024, is rescheduled for **September 5, 2024, at 3:00 p.m.** in Courtroom 11B of the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  August 28, 2024
          New York, New York

                                      SO ORDERED.

                                      JESSICA G. L. CLARKE
                                      United States District Judge